# COMMONWEALTH COURT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| Chaney v. Fairmont Park Real Est. | 2736CD15 | 12/01/2016 | Philadelphia County November Term, 2007 No. 4013 | Quashed |
| Hixen v. UCBR | 529CD16 | 12/01/2016 | Unemployment Compensation Board of Review B–586938 | Affirmed |
| Selig v. ZHB of North Whitehall Twp. | 2171CD15 | 12/02/2016 | Lehigh County 2015–C–2387 | Affirmed |
| Carpenter v. DOT | 190CD16 | 12/02/2016 | Lackawanna County 2015–CV–6828 | Reversed |
| Chernou Cab Corp. v. Phila. Parking Auth. | 324CD16 | 12/02/2016 | Philadelphia County June Term, 2015 No. 03882 | Affirmed, Reversed and Remanded |
| Farinhas Logistics, LLC v. UCBR | 1694CD15 | 12/05/2016 | Unemployment Compensation Board of Review B–581220 | Vacated and Remanded |
| Township of Concord v. Aiello | 243CD16 | 12/05/2016 | Delaware County 2010–050017 | Reversed and Remanded |
| Pet. of Westmoreland Co. Bureau (New Creations) | 316CD15 | 12/06/2016 | Westmoreland County 1734 of 2013 | Affirmed |
| Dacey v. Luzerne County | 156CD16 | 12/06/2016 | Luzerne County 1893 of 2015 | Reversed and Remanded |
| Dellior v. PBPP | 183CD16 | 12/06/2016 | Board of Probation & Parole 804–AJ | Affirmed |